# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

March 8, 2023

<u>**VIA CM/ECF**</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

      Re: Velasquez v. Lin Yummy City Inc., et al.
         Case 1:23-cv-00582-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 15, 2023, at 4:20 p.m., in your Honor's Courtroom. However, Defendants have not yet formally appeared in this matter, having been properly served through the Secretary of State. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

                Sincerely,

Application GRANTED. The initial pretrial conference scheduled for March 15, 2023, is adjourned to **April 19, 2023, at 4:20 P.M.** The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order in advance of that conference is extended to **April 12, 2023, at noon**.

No further extensions will be granted absent compelling circumstances.

By: /S/   B. Bradley Weitz
  B. Bradley Weitz, Esq. (BW9365)
  THE WEITZ LAW FIRM, P.A.
  Attorney for Plaintiff
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile:  (305) 704-3877
  Email: bbw@weitzfirm.com

Dated: March 8, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**